

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00419-CV

**TEXAS DEPARTMENT OF INSURANCE**, Workers' Compensation Division,
Appellant

v.

Roel **DE LOS SANTOS**,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-11-147
Honorable Ana Lisa Garza, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is MODIFIED to delete the language ordering the Subsequent Injury Fund to pay lifetime income benefits; specifically, paragraphs 12(d) and (e) of the judgment are modified to read as follows:

(d)     Roel De Los Santos is entitled to LIBs from August 26, 1994 through the present and continuing into the future in accordance with Texas law;

(e)     Roel De Los Santos is entitled to LIBs accrued in the past along with the annual 3% increase pursuant to Texas Labor Code § 408.161(c), offset by any income benefits already paid to Roel De Los Santos by defendant Texas Mutual Insurance Company[.]

As modified, the judgment of the trial court is AFFIRMED. Costs of the appeal are taxed against the party incurring same.

SIGNED August 27, 2014.

_____
Rebeca C. Martinez, Justice